# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS E. CHAPMAN,
        Plaintiff,

v.                              Case No. 07-C-0878

WALTER TYSHYNSKY, et al.,
        Defendants.

## ORDER

I previously dismissed pro se plaintiff Thomas E. Chapman's complaint against defendant Walter Tyshynsky and others. Plaintiff then filed an amended complaint, and defendants now move to dismiss the amended complaint. Fed. R. Civ. P. 8(a) requires a complaint to include "a demand for the relief sought." Plaintiff's amended complaint makes no such demand. Thus, I will grant defendants' motion. However, I will allow plaintiff to replead. If he does so, he should use the form titled "Complaint Under the Civil Rights Act, 42 U.S.C. § 1983," a copy of which is enclosed. Further, he must replead on or before December 18, 2009. The second amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Plaintiff should be aware that the second amended complaint will supersede all prior complaints, and must state a claim by itself without reference to prior materials.

**THEREFORE, IT IS ORDERED** that defendants' motion to dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office send the plaintiff a Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 form along with this order.

**IT IS FURTHER ORDERED** that if plaintiff is to revive the case, he must file a second amended complaint on or before **December 18, 2009.**

Dated at Milwaukee, Wisconsin this 23 day of November, 2009.

/s_____
LYNN ADELMAN
District Judge