# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**THOMAS E. CHAPMAN,**
        **Plaintiff,**

    v.                                                   **Case No. 07C878**

**WALTER TYSHYNSKY,**
        **Defendant.**

---

## ORDER

Pro se plaintiff Thomas E. Chapman, a taxicab driver, brings this 42 U.S.C. § 1983 action against defendant City of Milwaukee police officer Walter Tyshynsky for illegally detaining him and discriminating against him. Plaintiff moves to compel the production of various types of statistics of traffic stops and citations of taxi cabs and limousines. Defendant objects, noting that plaintiff has not served any discovery requests or conferred with opposing counsel before making the present motion. As such, I will deny the motion to compel. See Civil L.R. 37 (E.D. Wis.) (movant must certify that he attempted to meet and confer to resolve discovery issues before filing a motion to compel). I will however, grant plaintiff's request to extend the discovery deadline. Therefore,

    **IT IS ORDERED** that plaintiff's motion to compel is **DENIED**.

    **IT IS FURTHER ORDERED** that plaintiff's motion to extend is **GRANTED**. All requests for discovery shall be served by a date sufficiently early so that all discovery in

this case can be completed no later than **July 15, 2011**. Any dispositive motions must be served and filed on or before **August 15, 2011**.

Dated at Milwaukee, Wisconsin this 9th day of June, 2011.

/s_____
LYNN ADELMAN
District Judge